```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America

 7

 8                  UNITED STATES DISTRICT COURT

 9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) Case No. 1:10-CR-00439 OWW
                                 )
12              Plaintiff,       ) STIPULATION TO CONTINUE STATUS
                                 ) CONFERENCE; ORDER
13                               )
           v.                    )
14                               ) Date:  January 24, 2011
    LUIS SOLIS,                  ) Time:  9:00 a.m.
15                               ) Judge: Hon. Oliver W. Wanger
                Defendant.       )
16  _____)
```

17     **IT IS HEREBY STIPULATED** by and between the parties hereto,
18 and through their respective attorneys of record herein, that the
19 status conference now set for January 3, 2011, may be continued
20 to **January 24, 2011, at 9:00 a.m.**

21     The reason for the continuance is to allow for continuity of
22 counsel and further case preparation, investigation, and plea
23 negotiations. The parties stipulate and agree that the interests
24 of justice served by granting this continuance outweigh the best
25 interests of the public and the defendant in a speedy trial and
26 that the delay from the continuance shall be excluded from the
27 calculation of time under the Speedy Trial Act pursuant to 18
28 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

```
Dated: December 6, 2010              Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                By:  /s/ Ian L. Garriques
                                     IAN L. GARRIQUES
                                     Assistant U.S. Attorney


Dated: December 6, 2010         By:  /s/ Ann Voris
                                     ANN VORIS
                                     Attorney for Defendant
```

**O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:   December 7, 2010**              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE